UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 07-00157 CAS (RZ)** | Date | **January 28, 2008** |
|---|---|---|---|
| Title | **RAUL SILVA, JR. V. BOB DOYLE, ET AL.** | | |

| Present: The Honorable | **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE** | |
|---|---|---|
| Ilene Bernal | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS
            **ORDER TO SHOW CAUSE (DIRECTED TO PLAINTIFF)**

    On December 21, 2007, noting that no party had filed a dispositive motion before the deadline for such motions expired, the Court ordered Plaintiff and Defendants to file separate status reports by no later than January 16, 2008. Defendants did so on January 14. According to the Court's docket as of January 25, 2008, Plaintiff has filed nothing in response to the Order.

    Accordingly, the Court ORDERS Plaintiff TO SHOW CAUSE why he failed to file a timely status report. Plaintiff's response shall be filed by no later than two weeks from the stamped filing date of this Order. In the alternative, the Court shall discharge this Order if, within the same two-week period, Plaintiff files a tardy but substantively proper Status Report as described in the December 21 Order.

    The Court cautions Plaintiff that this action is subject to dismissal, for failure to prosecute and for failure to respond to a Court Order, if he fails to respond satisfactorily to this Order within two weeks.

    IT IS SO ORDERED.

cc:    parties of record

|  | : |  |
|---|---|---|
|  | Initials of Preparer | igb |