FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SILVA, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>BOB DOYLE, ET AL.,<br><br>        Defendants. | CASE NO. ED CV 07-00157 CAS (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: April 4, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE